UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROY SULLIVAN

VERSUS

JACOBS FIELD SERVICES

CIVIL ACTION

NO. 16-104-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes, dated March 29, 2017 (doc. no. 11) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this matter is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee, pursuant to Federal Rule of Civil Procedure 41(b).

Baton Rouge, Louisiana, this ____ day of May, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA